```
               UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                              Case No. 10-cr-58-PB

**Joseph Broady**


### O R D E R

The defendant, through counsel, has moved to continue the trial scheduled for September 8, 2010, citing the need for additional time to review voluminous discovery and engage in plea negotiations or prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons, the court will continue the trial from September 8, 2010 to December 1, 2010.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The August 25, 2010 final pretrial conference is continued to November 15, 2010 at 3:30 p.m.  No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

August 24, 2010

cc: Jessica Brown, Esq.
    Arnold Huftalen, AUSA
    United States Probation
    United States Marshal