UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**                                        Case No. 10-cr-58-PB

**Joseph Broady**

### O R D E R

The defendant, through counsel, has moved to continue the trial scheduled for December 1, 2010, citing the need for additional time to finalize plea negotiations.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from December 1, 2010 to January 4, 2011.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

No further continuances will be granted.

SO ORDERED.

                                                      /s/Paul Barbadoro
                                                      Paul Barbadoro
                                                      United States District Judge

November 15, 2010

cc:  Jessica Brown, Esq.
     Arnold Huftalen, AUSA
     United States Probation
     United States Marshal